| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | HOOTAN BAIGMOHAMMADI, SBN 279105 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | Mr. Ceja |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-MJ-40-DB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DETENTION HEARING** |
| vs. | |
| DIEGO CEJA-VALENCIA, | Date: March 17, 2023 |
| | Time: 2:00 a.m. |
| Defendant. | Judge: Deborah Barnes |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Kristin Faye Scott, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Diego Ceja-Valencia, that the detention hearing currently set for March 17, 2023 at 2:00 p.m. be continued to March 20, 2023 at 2:00 p.m.

The parties specifically stipulate as follows:

1. On March 13, 2023, Mr. Ceja made his initial appearance on an out of district complaint pursuant to Rule 5. ECF no. 2. He requested to continue the detention hearing to March 16, 2023 and consented to the Court ordering his temporary detention.

2. On March 16, 2023, the federal courthouse was temporarily closed due to an unexpected disturbance. The Court continued the instant matter to March 17, 2023. ECF no. 3.

3. Mr. Ceja respectfully requests that the detention hearing be continued to March 20, 2023 at 2:00 p.m. because the Pretrial Services Officer assigned to the case is not available to conduct an interview until that day.

4. The government does not object to Mr. Ceja's request and the Court is available.

5. Mr. Ceja consents to his temporary detention until March 20, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 16, 2023        */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Ceja


Date: March 16, 2023        PHILLIP A. TALBERT
United States Attorney

*/s/ Kristin Faye Scott*
KRISTIN FAYE SCOTT
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: March 16, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE